## TOWNSONER v. STATE.
### No. 24885.

Court of Criminal Appeals of Texas.

May 24, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was tried to a jury on a charge of robbery by assault. He was found guilty and his punishment fixed at a term of five years in the penitentiary.

There are no bills of exception and no statement of facts in the record. Nothing is presented for review. The proceedings all appear to be regular.

The judgment of the trial court is affirmed.